**2014-1582**

In the
# United States Court of Appeals
### For the Federal Circuit

WARNER CHILCOTT COMPANY, LLC,
*Plaintiff-Appellant,*

v.

LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,
*Defendants- Appellees,*

———————————————————————

2014-1582

———————————————————————

Appeal from the United States District Court for the District of New Jersey in
No. 3:11-cv-07228-JAP-DEA, Judge Joel A. Pisano.

**DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR
14-DAY EXTENSION OF TIME FOR APPELLEES' BRIEF**

ROBERT F. GREEN
CHRISTOPHER T. GRIFFITH
JESSICA M. TYRUS
MARC R. WEZOWSKI
LEYDIG, VOIT & MAYER, LTD.
180 N. Stetson, Suite 4900
Chicago, IL 60601-6731
(312) 616-5600

*Counsel for Defendants-Appellees
Lupin Ltd. and Lupin Pharmaceuticals,
Inc.*

# **CERTIFICATE OF INTEREST**

I, Robert F. Green, Counsel for Defendants- Appellees Lupin Ltd. and Lupin Pharmaceuticals, Inc., certify the following:

1. The full name of every party or *amicus* represented by me is:

   Lupin Limited
   Lupin Pharmaceuticals, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   The parties named in the caption are the real parties in interest.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Lupin Limited is a publicly traded company, has no parent company, and no publicly-held corporation owns 10% or more of its stock.

   Lupin Pharmaceuticals, Inc. is a wholly-owned subsidiary of Lupin Limited, a publicly traded company.

4. The names of all law firms and the partners or associates that appeared for the party or *amicus* now represented by me in the trial court or agency or are expected to appear in this court are:

   Karen A. Confoy
   Christopher R. Kinkade
   FOX ROTHSCHILD LLP
   997 Lenox Drive, Bldg. 3
   Lawrenceville, New Jersey 08648

   Robert F. Green
   Christopher T. Griffith
   Marc R. Wezowski
   Jessica M. Tyrus
   LEYDIG, VOIT & MAYER, LTD.

    Two Prudential Plaza, Suite 4900
    180 N. Stetson Avenue
    Chicago, IL 60601-6731

Dated:  October 23, 2014                  Respectfully submitted,

                                                /s/ Robert F. Green

                                             Robert F. Green
                                             LEYDIG, VOIT & MAYER, LTD.

Pursuant to Federal Circuit Rule 26(b), Defendants-Appellees Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") respectfully move this Court for a 14-day extension of time for filing its response brief. Pursuant to Federal Circuit Rule 26(b)(1), this motion is timely filed, as it is at least 7 days before the date sought to be extended.

Lupin's response brief is presently due on November 6, 2014. With the requested extension, Lupin's response brief would be due on November 20, 2014. Lupin has neither previously requested nor received an extension of time to file its response brief. Additionally, Plaintiff-Appellant Warner Chilcott Company, LLC ("Warner Chilcott") has consented to the requested extension.

There is good cause for this request. The requested extension will enable Lupin and Warner Chilcott to continue ongoing discussions that may negate the need for an appeal, thereby conserving judicial resources.

For the foregoing reasons, Lupin respectfully requests that this Court grant the requested relief.

Respectfully submitted,

 /s/ Robert F. Green
Robert F. Green
Christopher T. Griffith
Jessica M. Tyrus
Marc R. Wezowski
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson
Chicago, Illinois  60601
Telephone:   (312) 616-5600
Facsimile:    (312) 616-5700

*Counsel for Defendants- Appellees*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

# CERTIFICATE OF SERVICE AND FILING
# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

I hereby certify that on October 23, 2014, the foregoing DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME FOR APPELLEES' BRIEF was filed electronically with the U.S. Court of Appeals for the Federal Circuit by means of the Court's CM/ECF system.  I further certify that the foregoing was served on the following counsel of record, by means of electronic mail:

| | |
|---|---|
| George Pappas | (gpappas@cov.com) |
| Jeffrey B. Elikan | (jelikan@cov.com) |
| Benjamin C. Block | (bblock@cov.com) |
| Erica N. Andersen | (eandersen@cov.com) |
| Sumon Dantiki | (sdantiki@cov.com) |

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004

*Attorneys for Plaintiff-Appellant Warner Chilcott Company, LLC*

Dated:  October 23, 2014.                         /s/ Jessica M. Tyrus

Jessica M. Tyrus
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Ave, Suite 4900
Chicago, Illinois 60601
Telephone: (312) 616-5600
Facsimile:  (312) 616-5700

*Counsel for Defendants- Appellees Lupin Ltd. and Lupin Pharmaceuticals, Inc.*